■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GIL LEWIS, Appellant. [994 NYS2d 310]—Judgment of resentence, Supreme Court, New York County (Gregory Carro, J.), rendered May 16, 2012, as amended May 31 and June 14, 2012, resentencing defendant, as a second felony offender, to an aggregate term of 23 years to life, and imposing an aggregate term of five years' postrelease supervision as to certain convictions, unanimously affirmed.

The resentencing proceeding imposing a term of postrelease supervision was neither barred by double jeopardy nor otherwise unlawful (*see People v Lingle*, 16 NY3d 621 [2011]). Concur—Tom, J.P., Sweeny, Andrias, Moskowitz and Gische, JJ.

■ CMS LIFE INSURANCE OPPORTUNITY FUND, L.P., et al., Appellants, and GENESIS MERCHANT PARTNERS, LP, et al., Respondents, v PROGRESSIVE CAPITAL SOLUTIONS, LLC, et al., Defendants. IRONSHORE SPECIALTY INSURANCE COMPANY, Intervenor Defendant-Respondent. [995 NYS2d 501]—An appeal having been taken to this Court by the above-named appellant from an order of the Supreme Court, New York County (Marcy S. Friedman, J.), entered March 11, 2014, and said appeal having been argued by counsel for the respective parties; and due deliberation having been had thereon, it is unanimously ordered that the order so appealed from be and the same is hereby affirmed for the reasons stated by Friedman, J., with costs. Concur—Tom, J.P., Sweeny, Andrias, Moskowitz and Gische, JJ. ■